ELDRED *v.* ELDRED.

DIVORCE—NONSUPPORT.

> The testimony in a suit for divorce, on the ground of nonsupport, is considered on appeal and *held,* insufficient to sustain the decree of the trial court granting the divorce.

Appeal from Hillsdale; Chester, J. Submitted April 14, 1911. (Docket No. 5.) Decided June 2, 1911.

Bill by Mary E. Eldred against L. Selah Eldred for a divorce on the ground of nonsupport. From a decree for complainant defendant appeals. Reversed.

*Charles M. Weaver* and *Charles A. Shepard,* for complainant.

*Arthur L. Guernsey* and *Merton Fitzpatrick,* for defendant.

HOOKER, J. The defendant has appealed from a de-

166 MICH.—17.

cree of divorce granted to his wife on a hearing upon proofs taken in open court. We are constrained to hold that the testimony fails to make out a case warranting the decree, which must therefore be reversed, and the bill dismissed. It is so ordered.

OSTRANDER, C. J., and BIRD, BLAIR, and STONE, JJ., concurred.